JOSEPH T. FARRINGTON, appellant,

*v.*

IRA M. HARRISON, administrator, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Harrison* v. *Farrington, 9 Stew. Eq. 107.*

*Mr. S. C. Mount,* for appellant.

*Mr. John W. Taylor,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.